TIDY HOUSE PAPER PRODUCTS, INC., et al., Appellants, v. AUTOMATIC FIRE ALARM Co., Respondent, et al., Defendants.— In a consolidated action by tenants to recover damages for alleged negligence of respondent in failing to transmit a signal that a sprinkler system was operating, in accordance with its duty under its contract with the landlord, judgment dismissing complaints unanimously affirmed, with costs. (*Moch Co.* v. *Rensselaer Water Co.*, 247 N. Y. 160, 167, 168; *Rosenbaum* v. *Branster Realty Corp.*, 276 App. Div. 167; *Marlboro Shirt Co.* v. *American Dist. Tel. Co.*, 77 A. 2d 776 [Md.].) No actionable negligence was established. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

EDYTHE VOGEL, Respondent, v. NEWTON H. VOGEL, Appellant.— In an action for separation, defendant appeals from an order granting plaintiff's motion for temporary alimony and counsel fee. Order modified by striking therefrom the ordering paragraphs and by substituting, in lieu thereof, a provision referring the motion to the trial court in which the action is to be tried. As so modified, the order is affirmed, without costs. In our opinion, it cannot be determined, on the papers submitted, where the truth lies as to the facts upon which a decision on the motion must be based. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

## (May 18, 1953.)

CHARLES A. A'HEARN, Respondent, v. SERVOMECHANISMS, INC., Appellant. (Appeal No. 1.) CHARLES A. A'HEARN, Respondent, v. SERVOMECHANISMS, INC., Appellant. (Appeal No. 2.) — Motions referred to the court that rendered the decisions. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motions for reargument denied, without costs. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, pp. 974, 975; 282 App. Div. 740.]

BROOKLYN FIRE BRICK WORKS, INC., Respondent, v. JAMES W. CLARK et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

CENTRAL HUDSON GAS & ELECTRIC CORPORATION et al., Respondents, v. V. J. COSTANZI, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 905.]

CITY OF MOUNT VERNON, Respondent, v. AUTOKEFALOS ORTHODOX SPIRITUAL CHURCH OF SAINT GEORGE, THE TROPEOPHOROS, Appellant, et al., Defendants.— Motion referred to the court that rendered the decision of April 20, 1953 (*ante*, p. 983). Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. Motion to vacate stay or for other relief denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Beldock, JJ. [See 282 App. Div. 725.]